Submitted on briefs April 18, affirmed April 21, 1972

STATE OF OREGON, *Respondent, v.* ALAN GUY TATOM (No. 71-477-C), *Appellant.*

495 P2d 750

Gary D. Babcock, Public Defender, and F. E. Glenn, Deputy Public Defender, Salem, for appellant.

Robert M. Burrow, District Attorney, and Robert F. Webber, Deputy District Attorney, Grants Pass, for respondent.

Before Schwab, Chief Judge, and Foley and Fort, Judges.

PER CURIAM.

Affirmed. *State v. Gann,* 254 Or 549, 463 P2d 570 (1969).